1  KENNETH J. COLLINS, CSBN 100579
   ATTORNEY AT LAW
2  P.O. BOX 1193
   ARCATA, CA 95518
3  (707) 822-1611 FAX (707) 822-1044
   EMAIL: aew1950@yahoo.com
4

5  ATTORNEY FOR PLAINTIFF

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    EUREKA DIVISION

11 | ALICE HADLEY TRUE CRAIN,           | Case No.: 1:16-cv-06292-RMI

12 |         Plaintiff,

13 |    vs.                              | **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND [PROPOSED] ORDER**

14 | NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the

15 | duties and functions not reserved to the Commissioner of Social Security,

16 |         Defendant.

17

18         TO THE HONORABLE ROBERT M. ILLMAN, MAGISTRATE JUDGE OF THE

19 DISTRICT COURT:

20         Plaintiff's Counsel, Kenneth J. Collins passed away on April 23, 2018.  Jennifer Collins

21 is the special administrator of the Estate of Kenneth J. Collins.  A copy of the Order for Probate

22 Special Administrator dated June 8, 2018 is attached as Exhibit 1.

23         IT IS HEREBY STIPULATED by and between the parties through their undersigned

24 counsel and special administrator, Jennifer Collins for the Estate of Kenneth J. Collins, subject to

the approval of the Court, that Plaintiff be awarded attorney fees in the amount of FIVE THOUSAND, FOUR HUNDRED DOLLARS AND 00/100 CENTS ($5,400.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d) (Attorney's hourly rate is $192.68 times 28.10 hours equals $5,414.30).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of ALICE CRAIN assignment of EAJA fees to the Estate of Kenneth J. Collins. The retainer agreement containing the assignment is attached as Exhibit 2. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to ALICE CRAIN, but if the Department of the Treasury determines that ALICE TRUE CRAIN does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Mr. Collins, pursuant to the assignment executed by ALICE CRAIN. Any payments made shall be delivered to Mr. Collins.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of FIVE THOUSAND, FOUR HUNDRED DOLLARS AND 00/100 CENTS ($5,400.00) in EAJA attorney fees, shall constitute a complete release from, and bar to, any and all claims that Plaintiff CRAIN and Plaintiff's Attorney Kenneth J. Collins may have relating to EAJA attorney fees and expenses in connection with this action. This award is without prejudice to the rights of Plaintiff's Attorney, Kenneth J. Collins to

seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: June 29, 2018

*/s/ Jennifer Collins*
JENNIFER COLLINS
Special Administrator for the Estate of
Kenneth J. Collins, Attorney for Plaintiff

Dated: June 29, 2018

ALEX G. TSE
Acting United States Attorney

*/s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of  FIVE THOUSAND FOUR HUNDRED DOLLARS AND 00/100 CENTS ($5,400.00).   , as authorized by 28 U.S.C. 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: 7/2/2018

HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| AMY MENDOZA-STOVER<br>248544<br>THE HARLAND LAW FIRM LLP<br>954 MAIN STREET<br>FORTUNA, CA 95540 | (707) 725-4426<br>(707) 725-5738 | FILED<br>JUN 04 2018<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF HUMBOLDT |
| ATTORNEY FOR (Name): Petitioner | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF HUMBOLDT**
STREET ADDRESS: 825 FIFTH STREET
MAILING ADDRESS:
CITY AND ZIP CODE: EUREKA, CA 95501
BRANCH NAME:

ESTATE OF (Name):
KENNETH JAMES COLLINS aka KEN COLLINS
aka KENNETH J. COLLINS aka KENNETH COLLINS          DECEDENT

**LETTERS**
☐ TESTAMENTARY           ☐ OF ADMINISTRATION
☐ OF ADMINISTRATION WITH WILL ANNEXED   ☒ SPECIAL ADMINISTRATION

CASE NUMBER: PR180136

DE-150

---

**LETTERS**

1. ☐ The last will of the decedent named above having been proved, the court appoints (name):
   a. ☐ executor.
   b. ☐ administrator with will annexed.
2. ☒ The court appoints (name):
   JENNIFER COLLINS
   a. ☐ administrator of the decedent's estate.
   b. ☒ special administrator of decedent's estate
      (1) ☒ with the special powers specified in the *Order for Probate*.
      (2) ☐ with the powers of a general administrator.
      (3) ☒ letters will expire on (date):
         ON ISSUANCE OF GENERAL LETTERS
3. ☐ The personal representative is authorized to administer the estate under the Independent Administration of Estates Act ☐ with full authority
   ☐ with limited authority (no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).
4. ☐ The personal representative is not authorized to take possession of money or any other property without a specific court order.

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)        Date: 6·4·18
              Clerk, by KIM M. BARTLESON
                                  (DEPUTY)

**AFFIRMATION**

1. ☐ PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 7621(c)).
2. ☒ INDIVIDUAL: I solemnly affirm that I will perform the duties of personal representative according to law.
3. ☐ INSTITUTIONAL FIDUCIARY (name):
   I solemnly affirm that the institution will perform the duties of personal representative according to law. I make this affirmation for myself as an individual and on behalf of the institution as an officer.
   (Name and title):

4. Executed on (date): May 22, 2018
   at (place): San Diego                    , California.

   JENNIFER COLLINS (SIGNATURE)

**CERTIFICATION**

I certify that this document is a correct copy of the original on file in my office and the letters issued the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

(SEAL)        Date: JUN 08 2018
              Clerk, by Morgan P.
                      KIM M. BARTLESON
                                  (DEPUTY)

---

Form Approved by the Judicial Council of California
DE-150 [Rev. January 1, 1998]
Mandatory Form [1/1/2000]
CEB Essential Forms
ceb.com

**LETTERS**
(Probate)

Probate Code, §§ 1001, 8403, 8405, 8544, 8545;
Code of Civil Procedure, § 2015.6

Collins Jennifer

Exhibit 1 to EAJA Stipulation, Case No. 1:16-cv-06292-RMI, Page 1 of 3

|   |   |   | DE-140 |
|---|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):<br>AMY MENDOZA-STOVER (CSB 248544)<br>THE HARLAND LAW FIRM LLP<br>954 MAIN STREET<br>FORTUNA, CA 95540<br>ATTORNEY FOR (Name): Petitioner | TELEPHONE AND FAX NO:<br>(707) 725-4426 | | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF HUMBOLDT<br>STREET ADDRESS: 825 FIFTH STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: EUREKA, CA 95501<br>BRANCH NAME: | | | FILED<br>E JUN 0 1 2018<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF HUMBOLDT |
| ESTATE OF (Name):<br>KENNETH JAMES COLLINS aka KEN COLLINS<br>aka KENNETH J. COLLINS aka KENNETH COLLINS | | DECEDENT | |
| ORDER FOR PROBATE<br>ORDER ☐ Executor<br>APPOINTING ☐ Administrator with Will Annexed<br>☐ Administrator ☒ Special Administrator<br>☐ Order Authorizing Independent Administration of Estate<br>☐ with full authority ☐ with limited authority | | | CASE NUMBER:<br>PR180126 |

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. Date of hearing: NONE REQUIRED   Time: 2:00 pm   Dept./Room: 6   Judge:

THE COURT FINDS
2. a. All notices required by law have been given.
   b. Decedent died on (date): 4/23/2018
      (1) ☒ a resident of the California county named above.
      (2) ☐ a nonresident of California and left an estate in the county named above.
   c. Decedent died
      (1) ☒ intestate
      (2) ☐ testate
      and decedent's will dated:    and each codicil dated:
      was admitted to probate by Minute Order on (date):

THE COURT ORDERS
3. (Name): JENNIFER COLLINS
   is appointed personal representative:
   a. ☐ executor of the decedent's will
   b. ☐ administrator with will annexed
   c. ☐ administrator
   d. ☒ special administrator
      (1) ☐ with general powers
      (2) ☒ with special powers as specified in Attachment 3d(2)
      (3) ☒ without notice of hearing
      (4) ☒ letters will expire on (date): issuance of general letters
   and letters shall issue on qualification.
4. a. ☐ **Full authority** is granted to administer the estate under the Independent Administration of Estates Act.
   b. ☐ **Limited authority** is granted to administer the estate under the Independent Administration of Estates Act (there is no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).
5. a. ☒ Bond is not required.
   b. ☐ Bond is fixed at: $    to be furnished by an authorized surety company or as otherwise provided by law.
   c. ☐ Deposits of: $    are ordered to be placed in a blocked account at (specify institution and location):
      and receipts shall be filed. No withdrawals shall be made without a court order. ☐ Additional orders in Attachment 5c.
   d. ☐ The personal representative is not authorized to take possession of money or any other property without a specific court order.
6. ☐ (Name):    is appointed probate referee.

Date: 6/1/18

Gregory Elvine-Kreis
JUDGE OF THE SUPERIOR COURT

7. ☐ Number of pages attached: ____   ☐ SIGNATURE FOLLOWS LAST ATTACHMENT

Form approved by the
Judicial Council of California
DE-140 [Rev. January 1, 1998]
Mandatory Form [1/2000]   CEB Essential Forms   ceb.com

ORDER FOR PROBATE   Probate Code, §§ 8006, 8400

Collins Jennifer

Exhibit 1 to EAJA Stipulation, Case No. 1:16-cv-06292-RMI, Page 2 of 3

Estate of Kenneth James Collins

PR180126

ATTACHMENT 3d(2)

The immediate appointment of a special administrator is necessary because the decedent has an active law practice and no one has authority to continue the operation of the business. A special administrator needs to be appointed to oversee the management of business, and tend to the day to day operations necessary to continue the operation of the business.

<u>Requested Powers</u>: take all action necessary to manage decedent's business, including but not limited to:

a. Execute documents necessary to transfer cases to new attorneys;

b. File fee petitions for cases that decedent prevailed in where decisions were entered after his death;

c. Access bank accounts and issue payroll and handle activities necessary for the continued operation of the business until it can be closed.

STATE OF CALIFORNIA ) SS
COUNTY OF HUMBOLDT )
I HEREBY CERTIFY THIS INSTRUMENT TO BE A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL AS THE SAME NOW APPEARS ON FILE IN THIS OFFICE.

GIVEN UNDER MY HAND AND THE SEAL OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF HUMBOLDT.

JUN 08 2018

THIS _____ Morgan P.
BY _____ KIM M. BARTLESON
DEPUTY CLERK

Exhibit 1 to EAJA Stipulation, Case No. 1:16-cv-06292-RMI, Page 3 of 3

KENNETH J. COLLINS, CSBN 100579
ATTORNEY AT LAW
P.O. BOX 1193
ARCATA, CA 95518
(707) 822-1611, Fax (707) 822-1044
Email: aew1950@yahoo.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| | |
|---|---|
| ALICE HADLEY CRAIN,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL, Deputy<br>Commissioner for Operations, performing the<br>duties and functions not reserved to the<br>Commissioner of Social Security,<br>　　　　Defendant. | Case No.: 1:16-cv-06292-RMI<br><br>**ASSIGNMENT OF EAJA FEE** |

### ASSIGNMENT OF EAJA FEE

I, Alice Hadley Crain, Plaintiff, in the above case, assign any entitlement that I may have to a fee under the Equal Access to Justice Act ("EAJA), 28 U.S.C. 2412, to my attorney Kenneth J. Collins. I acknowledge that the fee compensates my attorney, Kenneth J. Collins in while or in part, depending on whether I am ultimately awarded benefits before the U.S. District Court. Therefore, I direct that the EAJA award should be made payable to counsel and not to me as the Plaintiff.

WHEREFORE, I assign any right interest I may have in the award of an EAJA fee and understand that the EAJA award shall be paid to my attorney, Kenneth J. Collins, to help compensate counsel for the work performed on this case in the U.S. District Court and, when

1 applicable, before the Commissioner on remand.

2

3 Dated: 2-20-'18

_____
Alice Hadley Crain, Plaintiff